April 15, 1965

Bassion, Appellant, *v.* Bassion.

Argued March 18, 1965; reargument refused April 29, 1965. *Irwin Paul,* for appellant; *Kenneth Syken,* with him *Bernard Edelson,* for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the decree of the court below dismissing the complaint in divorce is affirmed.

FLOOD, J., absent.

May 10, 1965

Commonwealth ex rel. Anderson, Appellant, *v.* Maroney.

Submitted April 12, 1965. *Rupert W. Anderson,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

Commonwealth ex rel. Arner, Appellant, *v.* Cavell.

Submitted April 12, 1965. *Robert Arner,* appellant, in propria persona; *Harry A. Heilman, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.